EVANS-SMITH BEDDING & UPHOLSTERING CO. et al. v. PRUFROCK. (Circuit Court of Appeals, Eighth Circuit. November 23, 1903.) No. 1,967.

Appeal from the Circuit Court of the United States for the Eastern District of Missouri. Higdon, Longan & Hopkins, for appellants. A. C. Fowler and James H. Bryson, for appellee. Dismissed, at costs of appellants, pursuant to stipulation.